

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

James Leroye Jefferson

           **Plaintiff,**

V.

See attachment

           **Defendant.**

Civil Action No. 17cv1099-MMA(BGS)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

In sum, Plaintiff's claims against the Prison Industry Authority are constitutionally barred. This deficiency cannot be cured via further amendment. Accordingly, the Court dismisses this action with prejudice.

Date: 2/6/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

           R. Chapman, Deputy

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>17cv1099-MMA(BGS)</u>

Defendants

Kathy Hollingsworth
PIA Bakery Supervisor, Facility B, RJ Donovan State Prison

Lisa Gularte
PIA Bakery Supervisor, Facility B, RJ Donovan State Prison

J. Neil
Job Assignment

P.I.A. Industry
Job Assignment